UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
JUL 3 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

FILED
JUL 24 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY C. ESTEVES
DEPUTY CLERK

Ester Burnett Plaintiff
vs.
arnold Schwarzenegger et.al.\ Defendant

**APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER**

**CASE NUMBER:** 1:08 CV 01068 WMW PC

'08 CV 1403 H AJB

2254 ___ 1983 ___
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

I, Ester Burnett, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated: ☒ Yes ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. Centinela State Prison Imperial, Ca. 92251 P.O. Box 731

   **Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes" state the amount of your pay.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☒ No

   b. Rent payments, interest or dividends ☐ Yes ☒ No

   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No

   d. Disability or workers compensation payments ☐ Yes ☒ No

   e. Gifts or inheritances ☒ Yes ☐ No

   every 4 or 5 months a friend sends me a Quarterly Package hygene cookies Potato chips et.al.

   f. Any other sources ☒ Yes ☐ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have cash or checking or savings accounts? ☐ Yes ☒ No

If "Yes" state the total amount: ____________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☒ No

If "Yes" describe the property and state its value. ____________

6. Do you have any other assets? ☐ Yes ☒ No

If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

N/A

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

I declare under penalty of perjury that the above information is true and correct.

6-26-08 — Eston Burnett

DATE — SIGNATURE OF APPLICANT

**CERTIFICATE**

(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $__________ on account to his/her credit at ____________________ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $__________. I further certify that during the past six months the average of monthly deposits to the applicant's account was $__________.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

____________ ____________

DATE — SIGNATURE OF AUTHORIZED OFFICER

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

Eoten Burnett
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $__________ on account at the ____________________ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $________. I further certify that during the past six months the average of monthly deposits to the applicant's account was$__________.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

________________ ____________________________
Date Authorized Officer of Institution (Signature)

If you are a prisoner you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
**(Incarcerated applicants only)**
(To be completed by the institution of incarceration)

I certify that the applicant BURNETT, ESTER,
(NAME OF INMATE)

V35245,
(INMATE'S CDC NUMBER)

has the sum of $ Ø on account to his/her credit at

CENTINELA STATE PRISON.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities Ø

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's ***average monthly balance*** was $ Ø,

and the ***average monthly deposits*** to the applicant's account was $ Ø.

ALL PRISONERS ***MUST*** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

7/18/08
DATE

Monica Preciado
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

MONICA PRECIADO
OFFICER'S FULL NAME (PRINTED)

ACCOUNT CLERK II
OFFICER'S TITLE/RANK

REPORT ID: TS3030 .701 REPORT DATE: 07/18/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CTF SOLEDAD/TRUST ACCOUNTING
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: FEB. 01, 2008 THRU JUL. 18, 2008

ACCOUNT NUMBER : V35245 BED/CELL NUMBER:
ACCOUNT NAME : BURNETT, ESTER ACCOUNT TYPE: T
PRIVILEGE GROUP:

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |

Correctional Training Facility
P. O. Box 689
(5 Miles N of Soledad on US 101)
Soledad, California 93960
Attn: Trust Office

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 7/18/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Yolanda Chavez
TRUST OFFICE Acct I Spec.

REPORT ID: TS3030 .701 REPORT DATE: 07/18/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CENTINELA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2008 THRU JUL. 18, 2008

ACCOUNT NUMBER : V35245 BED/CELL NUMBER: FAB5T1000000108L
ACCOUNT NAME : BURNETT, ESTER ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 07/09/2007 | H107 | POSTAGE HOLD | 0195 RGPOS | 1.31 |
| 08/09/2007 | H110 | COPIES HOLD | 0902 RGCOP | 3.10 |
| 09/06/2007 | H110 | COPIES HOLD | 1440 CTF | 33.30 |
| 06/26/2008 | H118 | LEGAL COPIES HOLD | 7654 06/22 | 0.70 |
| 07/08/2008 | H118 | LEGAL COPIES HOLD | 0166 07/05 | 2.46 |
| 07/08/2008 | H118 | LEGAL COPIES HOLD | 0166 07/06 | 1.80 |
| 07/08/2008 | H109 | LEGAL POSTAGE HOLD | 0164 07/06 | 0.42 |
| 07/15/2008 | H118 | LEGAL COPIES HOLD | 0339 07/10 | 37.80 |
| 07/15/2008 | H109 | LEGAL POSTAGE HOLD | 0341 07/10 | 7.85 |
| 07/18/2008 | H118 | LEGAL COPIES HOLD | 0439 07/17 | 69.00 |
| 07/18/2008 | H118 | LEGAL COPIES HOLD | 0439 07/17 | 31.50 |
| 07/18/2008 | H118 | LEGAL COPIES HOLD | 0439 07/17 | 150.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 339.24 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 339.24- |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE